269 Muñoz Rivera Avenue,
Hato Rey, Puerto Rico 00918

PMB 227, PO Box 194000
San Juan, Puerto Rico
00919-4000

February 28, 2010

**Servicios de Descuento en Compra Inc.**
PO Box 4559
Carolina, PR 00984

## INVOICE

For services rendered in Chapter 11 case 09-00832-GAC11, as per detail enclosed .......................................... $ 10,680

Data\Facturas\ Feb-10.doc





Telephone:
787-754-5530
Telecopier:
787-282-7917
e-mail:
mail@pf-cpa.com

PERDOMO FERRER & COMPANY PSC
Certified Public Accountants & Consultants

*269 Muñoz Rivera Avenue,*
*Hato Rey, Puerto Rico 00918*

*PMB 227, PO Box 194000*
*San Juan, Puerto Rico*
*00919-4000*

# Invoice

| DATE |
|---|
| 2/28/2010 |

Servicios de Descuento en Compra Inc.
PO Box 4559
Carolina, PR 00984

| ITEM | QTY | RATE | SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| Diego Perdomo | 3 | 175.00 | 11/20/2009 | Draft of e-mail to debtor's accountant | 525.00 |
| Diego Perdomo | 0.25 | 175.00 | 11/21/2009 | Reviewing motions to oppose reorganization plan | 43.75 |
| Diego Perdomo | 1 | 175.00 | 11/22/2009 | Draft of e-mail to debtor's accountant | 175.00 |
| Diego Perdomo | 0.5 | 175.00 | 11/23/2009 | Communication with counsel.  Draft of e-mail to debtor's accountant | 87.50 |
| Diego Perdomo | 0.75 | 175.00 | 12/11/2009 | Communication with debtor's accountant and secured creditor's committee chairman and counsel. | 131.25 |
| Diego Perdomo | 1 | 175.00 | 12/14/2009 | Meeting with creditors committee counsel and chairman | 175.00 |
| Staff - JLR | 0.25 | 55.00 | 12/18/2009 | Delivery of certificate of mailing | 13.75 |
| Diego Perdomo | 0.5 | 175.00 | 12/18/2009 | Mailing notice and certificate of mailing | 87.50 |
| Diego Perdomo | 2.75 | 175.00 | 12/21/2009 | Meeting with creditors committee counsel and chairman | 481.25 |
| Staff - MEM | 0.5 | 60.00 | 12/21/2009 | Mailing certificate of service | 30.00 |
| Diego Perdomo | 2 | 175.00 | 12/23/2009 | Meeting with debtor's counsel and accountant and creditors committee counsel and chairman. | 350.00 |
| Diego Perdomo | 3.5 | 175.00 | 12/29/2009 | Meeting with unsecured creditors committee and related preparation. | 612.50 |
| Diego Perdomo | 0.25 | 175.00 | 1/7/2010 | Updating unsecured creditors mailing list | 43.75 |

**Total**

*Telephone:*
*787-754-5530*
*Telecopier:*
*787-282-7917*
*e-mail:*
*mail@pf-cpa.com*

Page 1



PERDOMO FERRER & COMPANY PSC
*Certified Public Accountants & Consultants*



# Invoice

| DATE |
|---|
| 2/28/2010 |

Servicios de Descuento en Compra Inc.
PO Box 4559
Carolina, PR 00984

| ITEM | QTY | RATE | SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| Diego Perdomo | 0.25 | 175.00 | 1/14/2010 | Communication with UCC counsel. | 43.75 |
| Diego Perdomo | 2 | 175.00 | 1/16/2010 | Analyzing amended MORs. Analyzing MORs for September and October. Draft of e-mails to debtor's accountant and UCC counsel. Research on debt/equity swaps. Work on alternate plan. | 350.00 |
| Diego Perdomo | 6 | 175.00 | 1/17/2010 | Analyzing amended MORs. Analyzing MORs for September and October. Draft of e-mails to debtor's accountant and UCC counsel. Research on debt/equity swaps. Work on alternate plan. | 1,050.00 |
| Diego Perdomo | 6.75 | 175.00 | 1/18/2010 | Work on alternate plan. Preparing for hearing. Meeting with UCC counsel. Teleconferences with debtor's accountant, UCC counsel and chairman. | 1,181.25 |
| Diego Perdomo | 2 | 175.00 | 1/19/2010 | Attending hearing. Meeting with UCC chairman and counsel. | 350.00 |
| Diego Perdomo | 0.25 | 175.00 | 1/21/2010 | Communication with debtor's accountant. | 43.75 |
| Diego Perdomo | 3.5 | 175.00 | 1/28/2010 | Meeting with L. Carrasquillo to discuss pending information requests. | 612.50 |
| Diego Perdomo | 0.5 | 175.00 | 1/29/2010 | Communication with counsel. | 87.50 |

| Total |
|---|
|  |



# Invoice

| DATE |
|---|
| 2/28/2010 |

Servicios de Descuento en Compra Inc.
PO Box 4559
Carolina, PR 00984

| ITEM | QTY | RATE | SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| Diego Perdomo | 0.75 | 175.00 | 2/3/2010 | Teleconference with J. Salvatella and I. Fullana regarding plan of reorganization. | 131.25 |
| Diego Perdomo | 0.25 | 175.00 | 2/11/2010 | Communication with counsel. | 43.75 |
| Diego Perdomo | 5 | 175.00 | 2/15/2010 | Work on 2004 document request and analysis of November 2009 MOR. | 875.00 |
| Diego Perdomo | 0.5 | 175.00 | 2/16/2010 | Work on 2004 document request and analysis of November 2009 MOR. | 87.50 |
| Diego Perdomo | 3.25 | 175.00 | 2/18/2010 | Work on alternate reorganization plan | 568.75 |
| Diego Perdomo | 4.75 | 175.00 | 2/19/2010 | Work on alternate reorganization plan | 831.25 |
| Diego Perdomo | 1.25 | 175.00 | 2/21/2010 | Work on alternate reorganization plan | 218.75 |
| Diego Perdomo | 2 | 175.00 | 2/22/2010 | Meeting with UCC chairman and counsel | 350.00 |
| Diego Perdomo | 3 | 175.00 | 2/23/2010 | Meeting with debtors counsel and accountant. Meeting with UCC. | 525.00 |
| Diego Perdomo | 0.75 | 175.00 | 2/24/2010 | Communication with debtor's accountant. Work on document request. | 131.25 |
| Diego Perdomo | 0.5 | 175.00 | 2/25/2010 | Draft of e-mails to UCC counsel and debtor's accountant requesting documents. | 87.50 |
| Diego Perdomo | 1.75 | 175.00 | 2/25/2010 | Meeting with UCC chairman and counsel. Draft of e-mail to UCC chairman. | 306.25 |
| | | 58.08 | 12/21/2009 | Postage | 58.08 |
| Mark-downs | | -9.33 | | | -9.33 |

**Total** $10,680.00