# GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

SEDECO INC

March 05, 2010

Invoice # 10480

RE: UNSECURED CREDITOR COMMITTEE

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/4/2010 | AJG | receipt, review and lodging of objection of omnibus to proof of claim 56 and claimant PDCM Account, S.E | 0.20 | 50.00 |
|  | AJG | receipt, review and lodging of amended summary of schedules F 18 and B/ Phone call with Mr. Salvatella RE: Status. | 1.20 | 300.00 |
|  | AJG | Review and study of motion submitting amended schedule B and F/ personal property and creditors holding unsecured non priority claim | 0.40 | 100.00 |
|  | AJG | Receipt, review and lodging of objection to proof of claim No 42 of Joel Wagner. RE:Agreement reached eliminate interest and late charges | 0.20 | 50.00 |
| 1/8/2010 | AJG | receipt, review and lodging of document #248 RE: Objection to claim number 24 by claimant CRIM filed by Cuprill | 0.10 | 25.00 |
|  | AJG | receipt, review and lodging of document #247 RE: Objection to claim number 41 by claimant PR Electric Power Authority filed by Charles Cuprill | 0.10 | 25.00 |
| 1/12/2010 | AJG | receipt, review and lodging of motion in regard to hearing on disclosure statement file by BPPR RE:Extension of time/ opposition to object to Amended Disclosure Statement. | 0.20 | 50.00 |

SEDECO INC                                                                                          Page    2

|            |     |                                                                                                                                                                           | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 1/15/2010  | AJG | Receipt, review and lodging of document # <br>RE: Motion requesting extension of time to file Amended DS and for continuance of hearing on Adequate of DS                              | 0.10  | 25.00  |
|            | AJG | Receipt, review and lodging of notice for contempt filed by Toys R Us                                                                                                                 | 0.20  | 50.00  |
|            | AJG | Receipt, review and lodging of objection to application for compensation of accountants and financial consultants to debtor.                                                          | 0.30  | 75.00  |
|            | AJG | Preparation for hearing for January 18, 2010 <br>RE: Order to show cause                                                                                                               | 0.80  | 200.00 |
| 1/18/2010  | AJG | Receipt, review and answer various emails from chairman of the UCC Mr Jose Salvatella <br>RE: Meeting and hearing for tomorrow.                                                        | 0.40  | 100.00 |
| 1/19/2010  | AJG | Receipt, review and lodging of document #276 <br>RE: Answer to objection to claim 23                                                                                                   | 0.10  | 25.00  |
|            | AJG | Receipt, review and lodging of document #274 <br>RE: Notice of Appearance and request for notice filed by Alfredo Castellanos on behalf of Alcay Inc.                                  | 0.10  | 25.00  |
| 1/20/2010  | AJG | Receipt, review and lodging of answer to objection of proof of claim No 21. <br>RE: Amended proof of claim and additional answer                                                       | 0.20  | 50.00  |
| 1/21/2010  | AJG | Receipt, review and lodging of document #278 <br>RE: CRIM's answer to objection to claim 24                                                                                            | 0.10  | 25.00  |
|            | AJG | Receipt, review and lodging of document #279 <br>RE: Motion to inform UCC's position to debtor's third request for extension of time to file DS and Plan                               | 0.10  | 25.00  |
| 1/29/2010  | AJG | Receipt, review and lodging of document #281 <br>RE: Motion requesting extension of time (45 day). Reply to objection                                                                  | 0.10  | 25.00  |
| 2/2/2010   | AJG | Phone call with chairman of the UCC Mr Jose Salvatella <br>RE: Status of CPA, debtor's accountant and UCC's meeting.                                                                   | 0.30  | 75.00  |
| 2/16/2010  | AJG | Receipt, review and lodging of document #299 <br>RE: Motion requesting entry of order regarding motion titled "Withdrawal of Motion for an Order to Show Cause"                        | 0.10  | 25.00  |
| 2/18/2010  | AJG | Send emails to UCC <br>RE: Meeting with UCC for Monday                                                                                                                                 | 0.30  | 75.00  |

SEDECO INC                                                                                                          Page    3

|            |     |                                                                                                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/19/2010  | AJG | Phone call with CPA Diego Perdomo RE: Meeting with Mr Salvatella, attorneys and CPA Diego Perdomo for Monday at 4:00 pm and meeting with debtor's attorney, CPA for debtor and UCC, attorney for the UCC, CPA for the UCC at the offices of Mr Charles Cuprill | 0.30  | 75.00  |
| 2/22/2010  | AJG | Phone call with chairman of the UCC, Mr. Jose Salvatella RE: Joint of plan and DS RE: Position                                                                                                                                                                 | 0.40  | 100.00 |
| 2/23/2010  | AJG | Phone call with Mr Antonio Brown, Commercial Finance from NYC RE: Today meeting with debtor's counsel and accountant                                                                                                                                           | 0.30  | 75.00  |
| 1/15/2010  | IMF | Receipt, review and lodging of objection to CPA Mr. Goas application for payment.                                                                                                                                                                              | 0.60  | 150.00 |
| 1/18/2010  | IMF | Meeting with committee and accountant. RE: Matter to be considered at hearing to show cause. Prepare for hearing                                                                                                                                                | 2.50  | 625.00 |
|            | IMF | Receipt, review and lodging of motion withdrawing objection and accountant request for compensation.                                                                                                                                                           | 0.20  | 50.00  |
| 1/19/2010  | IMF | Initial draft objection to extension of time to file Disclosure Statement and Plan of Reorganization.                                                                                                                                                          | 0.80  | 200.00 |
|            | IMF | Court Appearance and meeting after Court with accountant for debtor Mr Luis Carrasquillo, chairman of the UCC Mr Luis Vazquez and accountant for the UCC RE: Information and status as to reorganization                                                        | 2.50  | 625.00 |
|            | IMF | Draft of UCC position as to accountants fees.                                                                                                                                                                                                                  | 1.80  | 450.00 |
| 1/21/2010  | IMF | Drafting motion position as to extension of time                                                                                                                                                                                                               | 1.00  | 250.00 |
|            | IMF | Conference with Mr. Edwin Berrios (General Electric) RE: Creditor meeting                                                                                                                                                                                      | 0.10  | 25.00  |
| 1/29/2010  | IMF | Phone call to CPA Diego Perdomo RE: Status after meeting                                                                                                                                                                                                       | 0.60  | 150.00 |
| 2/3/2010   | IMF | Phone Conference with UCC member. RE: Meeting schedule at debtor's counsel office.                                                                                                                                                                             | 0.20  | 50.00  |
|            | IMF | Phone call with Mr. Jose Salvatella                                                                                                                                                                                                                            | 0.30  | 75.00  |
|            | IMF | Phone call with Sonia Colón, Esq. counsel for Whirlpool member of the UCC RE: Development of case                                                                                                                                                              | 0.20  | 50.00  |

SEDECO INC                                                                                               Page   4

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/4/2010 | IMF | Prepare of draft (Rough) Plan of Reorganization./ Draft motion leave to file with no Disclosure | 2.80 | 700.00 |
| 2/5/2010 | IMF | Coordinate meeting with SEDECO at office of debtor's counsel. | 0.30 | 75.00 |
| 2/8/2010 | IMF | Review order scheduling matter for 3/24/2010 | 0.20 | 50.00 |
| 2/11/2010 | IMF | Review of monthly report | 0.80 | 200.00 |
| | IMF | Conference with CPA Perdomo RE: Status of plan. | 0.20 | 50.00 |
| 2/22/2010 | IMF | Review projections. Committee prepared by accountant Mr Diego Perdomo | 0.60 | 150.00 |
| | IMF | Meeting with Mr. Jose Salvatella, CPA Perdomo and Edwin Berríos | 2.00 | 500.00 |
| | IMF | Prepare for meeting | 1.00 | 250.00 |
| 2/23/2010 | IMF | Meeting at Lic. Charles Cuprill's offices RE: Reorganization Plan./ Meeting with Mr Jose Salvatella 8:00 am to 10:45 am | 2.70 | 675.00 |
| | IMF | Draft memo to Mr Jose Salvatella RE: Meeting held his morning. | 0.80 | 200.00 |
| 2/25/2010 | IMF | Meeting with Mr Jose Salvatella, chairman of the UCC and CPA Perdomo, accountant of UCC RE: Status of Reorganization Plan | 3.00 | 750.00 |
| 3/2/2010 | IMF | Filing and review application account | 0.80 | 200.00 |
| 3/4/2010 | IMF | Review of documents feasibility motion. Prepare for meeting. | 1.80 | 450.00 |
| | IMF | Meeting with creditors committee. | 1.50 | 375.00 |
| | | For professional services rendered | 35.90 | $8,975.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Andres J. Garcia- Arregui | 6.60 | 250.00 | $1,650.00 |
| Isabel M. Fullana | 29.30 | 250.00 | $7,325.00 |

SEDECO INC                                                                                           Page    5

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 1/15/2010 | cost of use pacer system filing of motions/ receiving from court | 1.52 |
| 1/19/2010 | Cost of parking: Estacionamiento Paseo Portuario | 4.87 |
| 1/15/2010 | cost of use pacer system filing of motions/ receiving from court | 3.84 |
| | Copying cost: Objection to application for compensation of accountants and financial advisor to debtors | 0.60 |
| | Copying cost: Joint motion for continuance | 0.30 |
| | cost of use pacer system filing of motions/ receiving from court | 5.36 |
| 1/16/2010 | cost of use pacer system filing of motions/ receiving from court | 14.88 |
| | Copying cost: Withdrawal of objection to application for compensation for accountants and financial advisors to debtor's | 0.20 |
| 1/17/2010 | cost of use pacer system filing of motions/ receiving from court | 9.76 |
| 1/18/2010 | cost of use pacer system filing of motions/ receiving from court | 16.00 |
| 1/21/2010 | cost of use pacer system filing of motions/ receiving from court | 0.56 |
| | Copying cost: UCC position to debtor's request for an additional extension of time | 0.70 |
| 2/5/2010 | Postage: Mailing | 58.52 |
| 2/15/2010 | cost of use pacer system filing of motions/ receiving from court | 8.40 |
| 2/18/2010 | cost of use pacer system filing of motions/ receiving from court | 1.44 |
| | cost of use pacer system filing of motions/ receiving from court | 1.44 |
| 2/22/2010 | cost of use pacer system filing of motions/ receiving from court | 2.88 |
| 2/23/2010 | Cost of parking: Estacionamiento Paseo Portuario | 7.17 |
| 2/25/2010 | cost of use pacer system filing of motions/ receiving from court | 2.40 |

Total costs                                                                                           $140.84

Total amount of this bill                                                                             $9,115.84

Previous balance                                                                                      $11,561.26

SEDECO INC

Amount

$20,677.10

Balance due

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID