# GARCIA-ARREGUI & FULLANA LAW OFFICES
252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

SEDECO INC

June 03, 2010

Invoice # 10520

RE: UNSECURED CREDITOR COMMITTEE

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/9/2010 | AJG | Phone call with Mr Jose Salvatella, chairman of the UCC RE: Motion filed by UCC | 0.20 | 50.00 |
| 4/28/2010 | AJG | PC with Mr. Luis Carrasquillo CPA concerning inventory of facilities of SEDECO | 0.30 | 75.00 |
| 4/29/2010 | AJG | PC with Mr. Salvatella stall concerning inventory time taker al SEDECO facilities | 0.40 | 100.00 |
| 4/30/2010 | AJG | Study of e-mail from attorney from debtor RE: Inventory of SEDECO e-mail requesting representation from GE to be present the inventory. | 0.40 | 100.00 |
| | AJG | Conference with Mr. Salvatella chairman of the committee RE: Procedure of the inventory | 2.40 | 600.00 |
| 5/3/2010 | AJG | Conference with CPA Diego Perdomo RE: Inventory | 0.40 | 100.00 |
| 5/26/2010 | AJG | Phone call with Mr Salvatella, Mr Luis Carrasquillo and Mr Perdomo's office RE: Inventory to be taken on the facilities of SEDECO. | 0.40 | 100.00 |
| | AJG | Receipt, review and lodging of motion and orders by the US Bankruptcy Court, forward to Mr Jose Salvatella, chairperson | 0.40 | 100.00 |

SEDECO INC                                                                                                  Page    2

|            |     |                                                                                                                                                        | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/5/2010   | IMF | Initial drafting. Reply or position to feasibility.                                                                                                    | 2.00  | 500.00 |
|            | IMF | Draft fourth application. Review of invoice to be submitted.                                                                                           | 1.00  | 250.00 |
| 3/11/2010  | IMF | Meeting with UCC at 10:00 am to 11:30 am                                                                                                               | 1.50  | 375.00 |
| 3/12/2010  | IMF | Draft letter to Lic Charles Cuprill                                                                                                                    | 0.30  | 75.00  |
| 3/19/2010  | IMF | Meeting with UCC<br>RE: Status of proceeding.                                                                                                          | 1.00  | 250.00 |
|            | IMF | Review of insider creation of new entity to buy inventory.                                                                                             | 0.60  | 150.00 |
| 3/22/2010  | IMF | Draft of memo to UCC<br>RE: Amended draft of Plan of Reorganization<br>Conference with Sr. Jose Salvatella, chairperson<br>RE: Tomorrow meeting        | 2.50  | 625.00 |
| 3/23/2010  | IMF | Meeting with UCC                                                                                                                                       | 1.00  | 250.00 |
|            | IMF | Meeting with CPA Diego Perdomo                                                                                                                         | 0.60  | 150.00 |
|            | IMF | Drafting opposition to DS                                                                                                                              | 2.80  | 700.00 |
| 3/24/2010  | IMF | Receipt, review and lodging of request for evaluation as to duplicity of services provided- Gods application.                                          | 0.20  | 50.00  |
| 3/25/2010  | IMF | Court Appearance for Hearing to consider various matters.                                                                                              | 1.50  | 375.00 |
|            | IMF | Research violation of fiduciary duties, file by stockholders.                                                                                          | 2.50  | 625.00 |
| 3/30/2010  | IMF | Phone call with Mr Salvatella (chairman of the UCC)<br>RE: Meeting with GE in house counsel.                                                           | 0.20  | 50.00  |
| 4/5/2010   | IMF | Phone call with GE in house counsel. Review of documents.                                                                                              | 1.00  | 250.00 |
| 4/6/2010   | IMF | Copies of invoices approved.                                                                                                                           | 0.60  | 150.00 |
| 4/26/2010  | IMF | Receipt, review docket no. 366 application for compensation.                                                                                           | 0.10  | 25.00  |
| 4/28/2010  | IMF | Receipt, review and lodging of docket no. 368<br>RE: Notice setting hearing to consider the following, forth application for interim compensation.     | 0.10  | 25.00  |
| 4/30/2010  | IMF | Receipt, review and lodging of docket no. 369<br>RE: Motion requesting extension of time.                                                              | 0.10  | 25.00  |

SEDECO INC                                                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/1/2010 | IMF | Receipt, review and lodging of docket no. 370<br>RE: Certificate of services | 0.10 | 25.00 |
| 5/7/2010 | IMF | Phone call to CPA Luis Carrasquillo<br>RE: Supplement to disclosure statement | 0.20 | 50.00 |
|  | IMF | Phone call Perdomo<br>RE: Inventario vagones / forgoes / Jose Salvatella | 0.20 | 50.00 |
| 5/19/2010 | IMF | Draft email to Mr. Luis Carrasquillo | 0.60 | 150.00 |
|  | IMF | Phone call with Mr Jose Salvatella<br>RE: Schedule./ Meeting with Hal Goddard (GE) | 0.30 | 75.00 |
|  | IMF | Phone call to Mr Luis Carrasquillo<br>RE: SEDECO/ Status monthly reports | 0.20 | 50.00 |
| 5/20/2010 | IMF | Review of file in order to prepare meeting with Mr Jose Salvatella (chairman of the UCC) | 1.00 | 250.00 |
|  | IMF | Conference with Chairman of the UCC (Mr Jose Salvatella)<br>RE: Status of pending matter | 1.00 | 250.00 |
| 5/21/2010 | IMF | Email to Mr Jose Salvatella, chairman of the UCC as to Disclosure Statement. Hearing before with Lammoutte. | 0.80 | 200.00 |
| 5/24/2010 | IMF | Send email to Mr Carrasquillo and Lic Cuprill<br>RE: Status of amendments to DS and Plan of Reorganization.<br>Phone call with Mr Salvatella as to status. Phone call to Mr Carrasquillo and Cuprill's offices | 0.80 | 200.00 |
|  | IMF | Email correspond<br>RE: Issues to lie addressed in DS | 0.60 | 150.00 |
| 5/26/2010 | IMF | Receipt, review and lodging of monthly reports. Answer to objection. Review of grounds for approving Chapter 7 trustee. Review of case | 3.00 | 750.00 |
|  | IMF | Phone call with Mr Diego Perdomo and Mr Salvatella | 0.80 | 200.00 |
| 5/27/2010 | IMF | Hearing concerning DS | 1.50 | 375.00 |
|  | IMF | Meeting with Chairperson | 1.00 | 250.00 |
|  | IMF | Phone call with Mr Carrasquillo/ Amendments to Disclosure Statement | 0.20 | 50.00 |
|  | IMF | Prepare arguments to be discussed at hearing | 1.00 | 250.00 |

SEDECO INC                                                                                                    Page    4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours | Amount   |
|------------|-----|----|----|----|
| 5/27/2010  | IMF | Draft of proposed change or supplement to DS                                                                                                                                                                                                                                                                                                                                                                                              | 1.00  | 250.00   |
| 5/7/2010   | PAR | Receipt, review and lodging of claim no. 90<br>RE: Awilda Illas Guerras $330.00                                                                                                                                                                                                                                                                                                                                                           | 0.10  | 9.00     |
| 5/11/2010  | PAR | Receipt, review and lodging of docket no. 375<br>RE: Notice to creditors the hearing scheduled for 5/20/2010 at 9:00 am at the United States bankruptcy Court, U.S. Post office and courthouse building, second floor, courtroom 1, 300 recinto sur street , Old San Juan, PR has been rescheduled for 5/27/2010 at 9:30 am at the United States Bankruptcy Court, U.S. Post office and courthouse building, second floor, courtroom 1, 300 recinto sur street , Old San Juan, PR, by order of the court, the noticing period is shortened to fifteen (15) days. | 0.10  | 9.00     |
| 5/13/2010  | PAR | Receipt, review and lodging of docket no. 377<br>RE: Certificate of services                                                                                                                                                                                                                                                                                                                                                              | 0.10  | 9.00     |
|            |     | For professional services rendered                                                                                                                                                                                                                                                                                                                                                                                                        | 39.10 | $9,727.00 |

### Timekeeper Summary

| Name                     | Hours | Rate   | Amount    |
|--------------------------|-------|--------|-----------|
| Andres J. Garcia- Arregui | 4.90  | 250.00 | $1,225.00 |
| Isabel M. Fullana        | 33.90 | 250.00 | $8,475.00 |
| paralegal                | 0.30  | 90.00  | $27.00    |

Additional Charges :

| Date | Description | Amount |
|------|-------------|--------|
| 4/28/2010 | Copying cost: Notice of electronic filing<br>RE: Notice setting hearing to consider the following; forth application for interim compensation | 1.00 |
| 4/30/2010 | Copying cost: Notice of electronic filing<br>RE: Motion requesting extension of time. | 1.00 |
| 5/1/2010 | Copying cost: Notice of electronic filing<br>RE: Certificate of services | 1.00 |
| 5/4/2010 | Copying cost: Notice of electronic filing<br>RE: Claims register Aida M. Torres Roman. | 1.00 |
| 3/5/2010 | cost of use pacer system filing of motions/ receiving from court | 6.80 |
|  | cost of use pacer system filing of motions/ receiving from court | 0.80 |
|  | cost of use pacer system filing of motions/ receiving from court | 0.08 |

SEDECO INC                                                                                                         Page    5

|  |  | Amount |
|---|---|---:|
| 3/11/2010 | cost of use pacer system filing of motions/ receiving from court | 1.52 |
| 3/12/2010 | cost of use pacer system filing of motions/ receiving from court | 1.52 |
| 3/15/2010 | cost of use pacer system filing of motions/ receiving from court | 2.40 |
| 3/22/2010 | cost of use pacer system filing of motions/ receiving from court | 9.84 |
| 3/23/2010 | cost of use pacer system filing of motions/ receiving from court | 1.20 |
|  | Copying cost: Documentos de Información | 5.00 |
| 3/24/2010 | cost of use pacer system filing of motions/ receiving from court | 6.32 |
|  | cost of use pacer system filing of motions/ receiving from court | 5.12 |
| 3/25/2010 | Cost of parking: Paseo Portuario | 7.17 |
| 4/30/2010 | cost of use pacer system filing of motions/ receiving from court | 11.92 |
| 5/7/2010 | Copying cost: Notice of electronic filing<br>RE: Awilda Illas Guerras $330.00 | 0.70 |
| 5/20/2010 | cost of use pacer system filing of motions/ receiving from court | 1.76 |
| 5/26/2010 | cost of use pacer system filing of motions/ receiving from court | 14.24 |
| 5/27/2010 | cost of use pacer system filing of motions/ receiving from court | 25.44 |
|  | Total costs | $179.81 |
|  | Total amount of this bill | $9,906.81 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID