IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SERVICIOS DE DESCUENTO EN COMPRA INC

XX-XXX8001

Debtor

CASE NO. 09-00832 ESL

Chapter 11

FILED & ENTERED ON 08/12/2010

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: <u>Motion to Compel Payment of Administrative Expense</u>; the amount of $28,000.00; filed by PJAY Investment Corporation, docket #391.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12th day of August, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC:    DEBTOR
       CHARLES ALFRED CUPRILL
       US TRUSTEE
       PJAY INVESTMENT CORP
       JUAN CARLOS GARAY MASSEY