IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SERVICIOS DE DESCUENTO EN COMPRA INC

XX-XXX8001

Debtor

CASE NO. 09-00832 ESL

Chapter 11

FILED & ENTERED ON 08/12/2010

ORDER

The motion to compel the payment of administrative expenses and Objections to the amended disclosure statement, filed by PJAY Investment Corporation (docket #483) is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12th day of August, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:  DEBTOR
     CHARLES ALFRED CUPRILL
     PJAY INVESTMENT CORP
     UST
     JUAN CARLOS MASSEY