### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>Servicios de Descuento en Compra, Inc.<br><br>　　　Debtor | **Case No.:** 09-00832 (ESL)<br><br>Chapter 11 |

### MOTION REQUESTING ORDER FOR PAYMENT OF POST-PETITION DEBT

TO THE HONORABLE COURT:

**COMES NOW** the creditor, Alcay, Inc., through the undersigned legal representation, and respectfully STATES and PRAYS:

1. On Tuesday, August 10, 2010 a hearing was held in the above-captioned bankruptcy case.

2. During said hearing, the debtor and the creditor, Alcay, Inc., announced in open court a settlement regarding an existing post-petition debt. This debt involved a rental by the debtor of premises belonging to the above-mentioned creditor and located in Bayamón, Puerto Rico.

3. The debtor recognized and agreed to payment in open court of a post-petition debt to the creditor, Alcay, Inc., of **$15,803.50**.

4. None of the other parties of interest present at said hearing expressed any opposition to the post-petition debt settlement. This settlement was also accepted by this Honorable Court.

5. The above-mentioned creditor respectfully moves this Honorable Court to order the debtor to make immediate payment of the post-petition debt owed to Alcay, Inc.

**WHEREFORE** it is respectfully requested from this Honorable Court that it take notice of the above-mentioned, that it order the debtor to make immediate payment to Alcay, Inc. of the post-petition debt of **$15,803.50**, and that it make any further pronouncement that it deems just and proper.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that on same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, August 13, 2010.

**Castellanos & Castellanos Law Firm**
161 Calle San Jorge
Suite 401
San Juan, PR 00911
Telephone: (787)641-8447
Fax: (787)641-8450

/s/ Alfredo Castellanos, Esq.
USDC-PR No. 208005
alfredo@castlawfirm.com