UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

SERVICIOS DE DESCUENTO EN COMPRA, INC.
a/k/a SEDECO

    Debtor

CASE NO. 09-00832(SEK)

CHAPTER 11

ANSWER TO MOTION REQUESTING ORDER FOR
PAYMENT OF POST-PETITION DEBT

TO THE HONORABLE COURT:

    COMES NOW Debtor through its undersigned counsel and very respectfully states and requests:

    1. On August 13, 2010, Alcay, Inc. filed the motion to which this answer refers requesting for the Court to direct Debtor to immediately pay Alcay, Inc. its post-petition claim for $15,803.50. (Docket No. 496).

    2. As it appears from the record of the case, at present, Debtor does not have funds to pay its administrative expenses, which will be paid pursuant to the provisions of Debtor's liquidation plan, the confirmation of which is scheduled for September 21, 2010 at 2:00p.m.

    WHEREFORE, it is respectfully requested that Alcay, Inc.'s motion be denied.

    CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF.

| | |
|---|---|
| **Servicios de Descuento en Compra, Inc.** | **Case No. 09-0932(SEK)** |
| *Answer to Motion Requesting Order for Payment of Post-Petition Debt* | Page -2- |

San Juan, Puerto Rico, this 19th day of August, 2010.

                 s/CHARLES A. CUPRILL-HERNANDEZ
                 USDC-PR 114312
                 Charles A. Cuprill, P.S.C. Law Offices
                 356 Fortaleza Street, Second Floor
                 San Juan, PR 00901
                 Tel: 787-977-0515
                 Fax: 787-977-0518
                 E-M: ccuprill@cuprill.com