IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SERVICIOS DE DESCUENTO EN COMPRA INC

XX-XXXX8001

Debtor

CASE NO. 09-00832 ESL

Chapter 11

FILED & ENTERED ON 08/23/2010

## ORDER

Upon the agreement by the debtor and Alcay, Inc., announced and approved in open court at the hearing held on August 10, 2010 (docket entry #491), claim number 21 is hereby allowed as follows: $38,404.00 as general unsecured claim and $15,803.50 as an administrative claim.

Alcay, Inc. will file an application for the administrative portion of the claim.

SO ORDERED.

San Juan, Puerto Rico, this 23rd day of August, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR
    CHARLES CUPRILL
    UST
    ALCAY INC