# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

SERVICIOS DE DESCUENTO EN COMPRA, INC.
a/k/a SEDECO

    Debtor

CASE NO. 09-00832(ESL)

CHAPTER 11

## SUPPLEMENT TO SECOND AMENDED PLAN OF REORGANIZATION

TO THE HONORABLE COURT:

COMES NOW Debtor through its undersigned counsel and very respectfully states and requests:

1. On August 6, 2010, Debtor filed its second amended plan of reorganization. (Docket No. 479).

2. On August 6, 2010, Debtor and the Creditors Committee filed DEBTOR AND THE CREDITORS COMMITTEE'S JOINT MOTION AS TO THE APPOINTMENT OF WIGBERTO LUGO MENDER AS CHAPTER 11 TRUSTEE which provides for the creation of the Liquidation Trust referred to in the Plan upon the confirmation of the Plan (the "Joint Motion"). (Docket No. 480)

3. The Joint Motion is pending the decision of this Court.

4. In order to conform the Plan to the Joint Motion, Article II 2.2(a) of the Plan must be amended to read as follows:

> 2.2 <u>Administrative Expense Claims</u>.
> (a) <u>General</u>. Administrative Expense Claims are generally the ordinary and necessary costs of administering and operating during a Chapter 11 case.
> Except as otherwise may be agreed upon with Holders of Allowed Administrative Expense Claims, each such claimant shall receive in full satisfaction of

**Servicios de Descuento en Compra, Inc.**     Case No. 09-0932(ESL)
*Supplement to Second Amended Plan of Reorganization*     Page -2-

its claim an amount in Cash equal to the Allowed amount thereof on the Effective Date from the proceeds of the sale of the following assets to be transferred to a Liquidation Trust (the "Trust") to be created **upon the confirmation of the Plan** with Wigberto Lugo Mender, Esq., as the Liquidating Trustee (the "Liquidating Trustee):

**WHEREFORE,** it is respectfully requested that the Plan be deemed amended as indicated in paragraph four (4) above.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF.

San Juan, Puerto Rico, this 21st day of September, 2010.

*s/***CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel: 787-977-0515
Fax: 787-977-0518
E-M: ccuprill@cuprill.com