UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: SERVICIOS DE DESCUENTO EN COMPRA INC
**Case Number**: 09-00832-ESL11   **Chapter**: 11
**Date / Time / Room**: 9/21/2010 2:00 PM eslcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: EVANGELINA MENDEZ
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### Matter:

*[handwritten: Aug. 6, 2010]*

Confirmation Hearing 11 of Second Amended Plan (#479); Supplement to Second Amended Plan (#526)
Unsecured Creditors'Committee's position (#523)

Pre trial re: Debtor's objection to claims #36, 37, 38 filed by PDCM (#262) and Creditor's reply (#284)
Pre trial re: Debtor's objection to claim #56 filed by PDCM (#258) and Creditor's reply (#293)

*[handwritten: BPPR has now accepted plan - fee #525]*
*[handwritten: Moot, fee #524]*

### Appearances:

CHARLES ALFRED CUPRILL

*[handwritten: Edward S. Ardry, U.S.T.; Sergio Ramirez, PDCM; R. O'Neill, BPPR]*

### Proceedings:

ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: _____.

_X_ Other: *[handwritten: Settlement agreement re Jessie A. Bris' application (dkt. #516) is approved as follows: A) Attn fees & expenses $40,000; expenses $415.81; fees $39,584.13]*

*[handwritten: (2) There being no objection and the court finding the plan complies w/ 11 USC 1129, the plan dated August 6, 2010 (#479), as supplemented (dkt #526) is confirmed. Order to be entered.]*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge