## GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

SEDECO INC

October 22, 2010

Invoice # 10548

RE: UNSECURED CREDITOR COMMITTEE

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/3/2010 | AJG | Receipt, review and lodging of email by CPA Luis Carrasquillo RE: Stipulation to be filed concerning operating trustee Wigberto Lugo | 0.30 | 75.00 |
| | AJG | Response to the email and request for meeting for as soon as possible to Mr. Carrasquillo | 0.20 | 50.00 |
| 8/6/2010 | AJG | Receipt, review and lodging of document #481 RE: Stipulation filed by Sergio Ramirez, Esq | 0.10 | 25.00 |
| | AJG | Receipt, review and lodging of document #479 RE: Amended Disclosure Statement and Plan | 0.10 | 25.00 |
| 8/9/2010 | AJG | Phone call with chairperson of the UCC Mr. Jose Salvatella RE: Approval of the Disclosure Statement and Request of 10 days for the approval | 2.20 | 550.00 |
| 8/10/2010 | AJG | Receipt, review and lodging of document #482 RE: Order: The clerk shall reassign the above captioned case to the docket for under signed | 0.10 | 25.00 |
| 8/11/2010 | AJG | Receipt, review and lodging of document #488 RE: Order this case is before the court on the following: Motion for Allowance of Administrative Payment of Post Petition Administrative Expenses, filed by Toys R Us | 0.10 | 25.00 |

SEDECO INC                                                                                                          Page   2

|              |     |                                                                                                                                                                                                            | Hours | Amount |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/11/2010    | AJG | Phone call with Mr. Jose Salvatella, chairperson RE: Mr. Godoy's email to Mr. Perdomo and Mr. Carrasquillo                                                                                                                   | 0.60  | 150.00 |
|              | AJG | Receipt, review and lodging of document #483 RE: Motion to compel payment of administrative expenses and objection to Amended DS                                                                                             | 0.10  | 25.00  |
|              | AJG | Receipt, review and lodging of document #487 RE: Motion to reject lease or executory contract and request to deliver leased property field by BPPR                                                                           | 0.10  | 25.00  |
|              | AJG | Receipt, review and lodging of notice of meeting of UCC be held on August 12, 2010. Phone call with Mr. Jose Salvatella, chairperson                                                                                         | 0.10  | 25.00  |
|              | AJG | Phone call with Mr. Salvatella, chairperson of the UCC RE: UST, debtor's position and accountant position Mr. Luis Carrasquillo regarding of Mr. Goas, position to discounting $40,000.00 of this accountant fees. Stipulation to follow | 0.50  | 125.00 |
|              | AJG | Phone call with Mr. Perdomo, CPA for the UCC RE: Position and order by Hon Judge to prepare the accounting findings of facts                                                                                                 | 0.40  | 100.00 |
|              | AJG | Phone call with Mr. Perdomo RE: Stipulation will be filed, regarding Mr. Goas's position as accountant for debtor                                                                                                            | 0.30  | 75.00  |
| 8/12/2010    | AJG | Meeting with the UCC. Phone call with Lic Charlie Cuprill, attorney for the debtor and Mr. Carrasquillo, CPA for the debtor RE: Title search for new property (Mortgage)/ Vote on position on objection to the disclosure statement | 2.30  | 575.00 |
|              | AJG | Receipt, review and lodging of proceeding minutes. Hearing for 08/17/2010 at 2:00 p.m. of opposition to Disclosure Statement. Preparation for meeting with the creditors                                                     | 0.40  | 100.00 |
| 8/13/2010    | AJG | Receipt, review and lodging of answer to motion to payment to PJAY Investment Corp. filed by debtor RE: PJAYS claim balance as an administrative expense                                                                     | 0.30  | 75.00  |
|              | AJG | Phone call with Mr. Godoy, UST RE: Motion to be filed by the UST                                                                                                                                                             | 0.40  | 100.00 |
|              | AJG | Phone call with Mr. Salvatella, chairperson of the UCC RE: Motion filed on UCC RE: Request of information for Title Search and approval of Projections                                                                       | 0.30  | 75.00  |

SEDECO INC                                                                                    Page   3

|            |     |                                                                                                                                                                                                                                                        | Hours | Amount |
|------------|-----|--|-------|--------|
| 8/13/2010  | AJG | Receipt, review and analysis UST position as to second amended DS | 0.40 | 100.00 |
|            | AJG | Receipt, review and lodging of document #493<br>RE: Objection to debtor's second amended DS | 0.10 | 25.00 |
|            | AJG | Receipt, review and lodging of document motion requesting entry of order for payment of Post Petition filed by Alfredo Castellanos | 0.10 | 25.00 |
|            | AJG | Receipt, review and lodging of document #494<br>RE: Answer to motion to compel payment filed by Charles Cuprill | 0.10 | 25.00 |
| 8/17/2010  | AJG | Phone call with CPA Perdomo<br>RE:Objection to his fees/ Status | 0.40 | 100.00 |
| 8/19/2010  | AJG | Receipt, review and lodging of Minutes of Proceeding/ Contested matters order there being no opposition to the approval of the DS and the court finding that the information disclosure is adequate an order approving the DS will be entered, scheduling the hearing on confirmation for September 21, 2010 | 0.20 | 50.00 |
|            | AJG | Receipt, review and lodging of document #507<br>RE: Order approving DS confirmation hearing scheduled 9/21/2010 at 2:00 p.m. at US Post Office | 0.10 | 25.00 |
| 8/20/2010  | AJG | Final review of Settlement Agreement by Mr. Goas, CPA for debtor, Mr. Charles Cuprill, attorney for debtor and the UCC | 0.40 | 100.00 |
|            | AJG | Receipt, review and lodging of document #510<br>RE: Order: Upon this courts bench order of 8/10/2010 Mr. Diego Perdomo is hereby granted 21 days to submit a written statement supporting the allegations by the UCC in opposition to the application for compensation filed by Jesus Goas | 0.10 | 25.00 |
|            | AJG | Receipt, review and lodging of document #508<br>RE: Order setting pretrial conference | 0.10 | 25.00 |
| 8/23/2010  | AJG | Receipt, review and lodging of document #516<br>RE: Stipulation between debtor, the general UCC and Jesus Goas | 0.10 | 25.00 |
| 8/2/2010   | IMF | Review of email from Salvatella, reply to Salvatella's email to Carrasquillo, Re/; final copy of disclosure statement Plan | 0.80 | 200.00 |
|            | IMF | Amendments and correction to Second draft disclosure statement and plan | 3.00 | 750.00 |

SEDECO INC                                                                                                           Page    4

|              |     |                                                                                                                                              | Hours | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/2/2010     | IMF | Conference with Patrick O'neill (counsel BPPR) Secured Creditor                                                                              | 0.20  | 50.00  |
| 8/3/2010     | IMF | Conference with Patrick O'neill, counsel for Banco Popular (Term to sell or foreclose)                                                       | 0.30  | 75.00  |
|              | IMF | Receipt, review and lodging of reply to email by Carrasquillo                                                                                | 1.80  | 450.00 |
|              | IMF | Final review and amended of stipulation withdraw the parties to Mr. Wigberto Lugo, Chapter 11 operating trustee                              | 0.60  | 150.00 |
|              | IMF | Review of exhibits list accrued administration expenses/ review MOR December, January, February, and March                                   | 1.50  | 375.00 |
| 8/4/2010     | IMF | Drafting Joint Motion with debtor as to appointment of Wigberto Lugo, Esq as trustee                                                         | 2.80  | 700.00 |
| 8/6/2010     | IMF | Final review of draft of Disclosure Statement and Plan. Comments and correction to Angela. Forward copy of final draft to chairperson Salvatella | 1.00  | 250.00 |
|              | IMF | Conference with UST Wigberto Lugo RE: Appointment as litigating trustee. Review of documents                                                 | 0.60  | 150.00 |
|              | IMF | Review of file and filed motions objection to compensation (Gods) in preparation for hearing on Tuesday August 10, 2010                      | 2.50  | 625.00 |
|              | IMF | Confirmation of meeting with Mr. Salvatella on Monday August 9, 2010                                                                         | 0.20  | 50.00  |
|              | IMF | Review of Joint Motion RE: Appointment of litigation trustee. Receipt, review and lodging email from Mr. Carrasquillo RE: Last revision of Disclosure Statement | 1.00  | 250.00 |
| 8/9/2010     | IMF | Prepare for hearing on Disclosure Statement. Meeting with chairperson Jose Salvatella                                                        | 3.50  | 875.00 |
| 8/10/2010    | IMF | Court Appearance and Hearing on Approval on Disclosure Statement and other issues. Appointment of Wigberto Lugo as liquidating trustee       | 2.00  | 500.00 |
|              | IMF | Review of Application filed by Goas, objections. Review MOR and notes to the liquidation. Analysis by Mr. Carrasquillo in preparation on hearing on objection. | 3.50  | 875.00 |
| 8/11/2010    | IMF | Email to Mr. Diego Perdomo, CPA. Phone conference with Mr. Jose Salvatella, chairperson RE: Meeting with UCC                                 | 0.30  | 75.00  |

SEDECO INC   Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/12/2010 | IMF | Meeting with members of UCC, Mr. Salvatella, Ricon, CPA Diego Perdomo and Lic Garcia Arregui | 2.80 | 700.00 |
| 8/13/2010 | IMF | Receipt, review and lodging of memo from US Trustee concerning UCC Objection | 0.80 | 200.00 |
| | IMF | Phone call with Luis Carrasquillo as to information requested by UCC as to objection to second disclosure statement | 0.60 | 150.00 |
| | IMF | Receipt, review and lodging of copy of deed to request title search. Review properties at Arecibo | 0.60 | 150.00 |
| | IMF | Drafting objection to second amended disclosure statement. Phone conference with Luis Carrasquillo | 2.80 | 700.00 |
| 8/14/2010 | IMF | Receipt, review and lodging of email as to property in Carolina and property taxes | 0.60 | 150.00 |
| | IMF | Forward Carrasquillo's email to Mr. Jose Salvatella RE: Property in Carolina | 0.20 | 50.00 |
| 8/16/2010 | IMF | Phone call with UST position and motion filed on Friday by UST | 0.60 | 150.00 |
| 8/17/2010 | IMF | Court Appearance for Hearing (Travel time included) | 1.00 | 250.00 |
| | IMF | Prepare for hearing on objection to Second Amended Disclosure Statement. Receipt, review and lodging title searches. Phone conference with chairperson Mr. Jose Salvatella | 0.80 | 200.00 |
| | IMF | Phone call with Mr. Luis Carrasquillo RE: Possible agreement as to payments to debtor's accountant. | 0.60 | 150.00 |
| 8/18/2010 | IMF | Email as to propose settlement of the contested matter pertaining to Lic. Goas Application | 0.20 | 50.00 |
| | IMF | Receipt, review and lodging of email from Mr. Luis Carrasquillo. Email to chairperson, coordinate and schedule meeting of UCC | 0.80 | 200.00 |
| 8/19/2010 | IMF | Draft agreement as to Goas fees (first Application) | 3.70 | 925.00 |
| | IMF | Conference with UST RE: Possible stipulation as to first application filed by Goas | 0.30 | 75.00 |
| | IMF | Receipt, review and lodging of memo from Luis Carrasquillo as to work to be performed on report | 0.30 | 75.00 |

SEDECO INC                                                                                           Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/20/2010 | IMF | Conference with Luis Carrasquillo as to amount claimed and approval of draft | 0.60 | 150.00 |
|  | IMF | Phone call with CPA Luis Carrasquillo RE: Changes to proposed stipulation Receipt, review and lodging changes and corrections to draft | 1.00 | 250.00 |
| 8/23/2010 | IMF | Receipt, review and lodging of copy of stipulation filed. Memo to Diego Perdomo concerning the preparing of the report | 0.30 | 75.00 |
|  | IMF | Receipt, review and lodging of email change time for UCC Meeting | 0.10 | 25.00 |
| 8/26/2010 | IMF | Committee meeting to discuss recent developments and the approval of the DS/ Settlement objection to compensation (Mr Goas) | 1.00 | 250.00 |
| 8/31/2010 | IMF | Phone conference chairperson for Salvatella re: recommendation for plan | 0.30 | 75.00 |
| 9/1/2010 | IMF | phone conference chairperson Salvatella re: memo to all creditors | 0.20 | 50.00 |
| 9/2/2010 | IMF | Review: memo to Salvatella to all credit ORS stating UCC position or to plan reply from Salvatella request for copy of DS. | 0.60 | 150.00 |
| 9/8/2010 | IMF | Phone conference with chairperson Jose Salvatella, Hal + Jessica Schumann as to Terms of the proposed plan | 0.60 | 150.00 |
| 9/9/2010 | IMF | email from chairperson payment schedules for unsecured credits. | 0.80 | 200.00 |
| 9/10/2010 | IMF | Phone conference with Salvatella Re: Exhibits - unsecured claim | 0.30 | 75.00 |
| 9/20/2010 | IMF | Drafting motion no opposition to conformation + request order Wigberto. Lugo appointed liquidating trustee. | 1.00 | 250.00 |
| 9/21/2010 | IMF | Receipt with lodging - order enter approving plan appointing Lugo and withdraw of claims | 0.80 | 200.00 |
| 9/23/2010 | IMF | Phone call with Lugo Mender, liquidating Trustee as to assets in case | 0.60 | 150.00 |
| 9/24/2010 | IMF | Conference with Liquidating Trustee assets to the distribution. Inventory causes of action property transferred in payment of monies due from affiliates | 0.60 | 150.00 |

SEDECO INC                                                                                     Page   7

|  |  | Hours | Amount |
|---|---|---|---|
| 9/10/2010 LC | Phone call conference with Angela / copy of detail of claim in / creditors in class 3 | 0.60 | 150.00 |
|  | For professional services rendered | 62.70 | $15,675.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andres J. Garcia- Arregui | 11.00 | 250.00 | $2,750.00 |
| Isabel M. Fullana | 51.10 | 250.00 | $12,775.00 |
| Laura I Colon | 0.60 | 250.00 | $150.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 8/2/2010 | Postage: Mailing | 66.00 |
|  | Copying cost: Mailing | 9.00 |
|  | Copying cost: Mailing | 6.00 |
| 8/3/2010 | cost of use pacer system filing of motions/ receiving from court | 10.16 |
| 8/6/2010 | Copying cost:Preliminary Liquidation Analysis as of March 31, 2010 | 3.20 |
|  | Copying cost: Second Amended Plan of Reorganization | 3.20 |
|  | Copying cost:Second Amended DS for SEDECO | 6.60 |
| 8/8/2010 | cost of use pacer system filing of motions/ receiving from court | 23.28 |
| 8/9/2010 | cost of use pacer system filing of motions/ receiving from court | 24.32 |
| 8/10/2010 | cost of use pacer system filing of motions/ receiving from court | 5.76 |
| 8/13/2010 | Copying cost: Answer to Motion to Compel Payment | 0.30 |
|  | Copying cost: UST Position as to Second Amended DS | 0.50 |
|  | Copying cost: Unsecured Creditors Committee's Partial Objection to Debtor's Disclosure Statement filed August 6, 2010 (Docket 479) and Memorandum of Law | 0.80 |
|  | Copying cost: Email communication with CPA Carrasquillo | 0.20 |
|  | cost of use pacer system filing of motions/ receiving from court | 3.44 |
| 8/16/2010 | Copying cost: Email communication with Mr. Carrasquillo | 0.20 |
| 8/20/2010 | Copying cost: Settlement Agreement | 1.70 |

SEDECO INC

Page 8

|  | Amount |
|---|---|
| 8/27/2010 cost of use pacer system filing of motions/ receiving from court | 2.40 |
| Total costs | $167.06 |
| Total amount of this bill | $15,842.06 |
| Previous balance | $39,918.60 |
| Balance due | $55,760.66 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID