IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SERVICIOS DE DESCUENTO EN COMPRA INC

XXX-XX8001

Debtor(s)

CASE NO. 09-00832 ESL

Chapter 11

FILED & ENTERED ON 11/18/2010

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: <u>Request for allowance and payment of administrative expense claims;</u> filed by WPR Sabana LP, SE and WPR Vicoria LP, SE, docket #551.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 18 day of November, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC:  DEBTOR
     CHARLES ALFRED CUPRILL
     UST
     WPR SABANA LP, SE and WPR VICTORIA LP, SE
     FELIX ZENO GLORO
     COOLEY LLP