269 Muñoz Rivera Avenue,
Hato Rey, Puerto Rico 00918

PMB 227, PO Box 194000
San Juan, Puerto Rico
00919-4000

October 13, 2010

**Servicios de Descuento en Compra Inc.**
PO Box 4559
Carolina, PR 00984

## INVOICE

For services rendered in Chapter 11 case 09-00832-GAC11, as per detail enclosed ......................................... $ 1,837.50

Data\Facturas\ Oct-10.doc



Telephone:
787-754-5530
Telecopier:
787-282-7917
e-mail:
mail@pf-cpa.com

PERDOMO FERRER & COMPANY PSC
Certified Public Accountants & Consultants

269 Muñoz Rivera Avenue,
Hato Rey, Puerto Rico 00918

PMB 227, PO Box 194000
San Juan, Puerto Rico
00919-4000

# Invoice

| DATE |
|---|
| 10/13/2010 |

Servicios de Descuento en Compra Inc.
PO Box 4559
Carolina, PR 00984

| ITEM | QTY | RATE | SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| Diego Perdomo | 1 | 175.00 | 8/8/2010 | Reviewing docket and amended disclosure statement in preparation for hearing. | 175.00 |
| Diego Perdomo | 1 | 175.00 | 8/9/2010 | Preparing for hearing. | 175.00 |
| Diego Perdomo | 4.25 | 175.00 | 8/10/2010 | Attending to hearing and related preparation. | 743.75 |
| Diego Perdomo | 2.5 | 175.00 | 8/12/2010 | Teleconference with debtor's financial advisor and meeting with UCC. | 437.50 |
| Diego Perdomo | 0.25 | 175.00 | 8/19/2010 | Communication with counsel. | 43.75 |
| Diego Perdomo | 0.75 | 175.00 | 8/26/2010 | Attending UCC meeting | 131.25 |
| Diego Perdomo | 0.25 | 175.00 | 8/27/2010 | Reviewing docket | 43.75 |
| Diego Perdomo | 0.5 | 175.00 | 9/20/2010 | Reviewing docket and teleconference with UCC chairman. | 87.50 |

**Total**  $1,837.50

Telephone:
787-754-5530
Telecopier:
787-282-7917
e-mail:
mail@pf-cpa.com

PERDOMO FERRER & COMPANY PSC
Certified Public Accountants & Consultants