IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SERVICIOs DE DESCUENTO EN COMPRA, INC.<br><br>DEBTOR | CASE NO. 09-00832 (ESL)<br><br>CHAPTER 11 |

### MOTION FOR THE ALLOWANCE OF ADMINISTRATIVE EXPENSES AND PAYMENT THEREOF

TO THE HONORABLE COURT:

Comes now **WHIRPOOL CORPORATION**, (hereinafter WHIRPOOL), creditor in the instant case, by and through the undersigned counsel, and hereby submits this request for entry of an order directing the payment of administrative expenses, pursuant to 11 U.S.C. 503.

### I. JURISDICTION

This Court has jurisdiction over these chapter 11 proceedings and this motion pursuant to 28 U.S.C. §§ 157 and 1334. This motion presents a core proceeding as defined in 28 U.S.C. § 157(b)(2)(a) and (o). Venue is proper in this district pursuant to 28 U.S.C. § 1408. The statutory authority for the relief requested is 11 U.S.C. §§ 105(a) and 503(b).

### II. FACTUAL BACKGROUND

On February 6, 2009, (the "Petition Date"), Servicios de Descuento en Compra, Inc. (the "Debtor") filed with this Court a

SEDECO
09-00832 (ESL)
Page 2

voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). After the Petition Date, the Debtor continued managing its business as Debtor in Possession.

Subsequent to the Petition Date, the Debtor purchased 142 electric appliances from Whirpool, which became part of the Debtor's inventory. To that effect, on February 9, 2010, Whirpool issued Invoice Number 8010333702 in the amount of $57,386.00 (the "Claim Amount"). Copy of the invoice is attached hereto as **Exhibit A**. Although the invoice's due date was April 10, 2010, as of this date, the Claim Amount remains outstanding in its entirety.

### III. DISCUSSION

Whirpool is entitled to an administrative claim for the Claim Amount Pursuant to Section 503 of the Bankruptcy Code, 11 U.S.C. §503. Section 503(a) allows an entity to file a request for payment of an administrative expense. See 11 U.S.C. §503(a). At the same time, Section 503 (b)(1)(A) allows for the payment of administrative expenses, including "…the actual necessary costs and expenses of preserving the estate...". 11 U.S.C. §503(b)(1)(A). In a retail business such as the Debtor's, the acquisition of inventory is an essential expense for the preservation of the estate.

SEDECO
09-00832 (ESL)
Page 3

On the other hand, pursuant to section 507(a)(1) of the Bankruptcy Code, administrative expenses are accorded first priority. In re Enron, 279 B.R. 695, 704 (Bankr. S.D.N.Y. 2002), *citing* In re Jartran Inc. 732 F.2d 584(7th Cir. 1984). This priority is based on several bankruptcy goals.

First, the operation of the debtor's business benefits the pre-petition creditors; therefore, claims based on post-petition operations are entitled to priority payment over those "creditors for whose benefit the continued operations of the business was allowed." In re Enron, 279 B.R. at 704, *citing* Cramer v. Mammoth Mart. Inc. (In re Mammoth Mart. Inc.), 536 F.2d 950, 954 (1st Cir. 1976). Mammoth was decided under the former Bankruptcy Act, but its analysis is applicable under the Bankruptcy Code. Enron, 279 B.R. at 704, *citing* In re Drexel Burnham Lambert Group, Inc., 134 B.R. 482, 489 (Bankr.S.D.N.Y. 1991).

Second, administrative expenses are afforded first priority in order to facilitate the reorganization effort by encouraging otherwise reluctant third parties to trade with the debtor. Id., *citing* Amalgamated Ins. Fund v. McFarlin's. Inc., 789 F.2d 98, 101 (2d Cir. 1986). Absent this advantage in priority, third parties would be reluctant to trade with a Debtor in Possession, and therefore hurt the reorganization effort and the prepetition

SEDECO
09-00832 (ESL)
Page 4

creditors. See id.

According to Enron, an expense will be accorded administrative status (i) if it arises out of a transaction between the creditor and the bankrupt's trustee or Debtor in Possession; and (ii) only to the extent that the consideration supporting the claimant's right to payment was both supplied to and beneficial to the Debtor in Possession in the operation of the business. Enron, 279 B.R. at 705, citing Amalgamated, 789 F.2d at 101.

The Claim Amount subject of the present motion constitutes an administrative expense, since the same was incurred by the Debtor in the course of its business operation after the Petition Date, as a means to preserve its estate and further its reorganization efforts under Chapter 11 of the Bankruptcy Code, 11 U.S.C. Chapter 11. As a result, Whirpool should be entitled to an administrative claim for the Claim Amount under section 503(a) of the Bankruptcy Code.

For the same reasons, the Court should deem the unpaid Chapter 11 administrative expense due Whirpool in the amount of $57,386.00 (the Claim Amount) as an actual and necessary expense of the Debtors' bankruptcy estate under section 503(b)(1)(A) of the Bankruptcy Code, accord administrative expense priority to the same pursuant to section 507(a)(1) of the Bankruptcy Code, and order its

SEDECO
09-00832 (ESL)
Page 5

immediate payment.

WHEREFORE, Whirpool respectfully requests that the Court enter an Order (i) allowing the Claim Amount of $57,386.00 as an administrative expense under section 503(b)(1)(A) of the Bankruptcy Code on account of post-petition expense to preserve the estate; (ii) according it administrative expense priority pursuant to section 507(a)(1) of the Bankruptcy Code; (iii) directing Debtor to immediately pay the Claim Amount of $57,386.00; and (iv) granting such other relief as the Court deems just and proper.

NOTICE: Unless a party in interest objects to the instant motion within twenty (20) days from the date of notice, the request for the allowance of administrative expense may be allowed and granted by the Court.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the CLERK OF THE COURT using the CM/ECF system, which will send notification of such filing to the U. S. Trustee's Office and all CM/ECF participants.

Respectfully submitted.

In Bayamón, Puerto Rico, this 2nd day of May, 2010.

**/S/ PATRICIA GUIJARRO ALFONSO**
*PATRICIA GUIJARRO ALFONSO*
*ATTORNEY FOR WHIRPOOL CORPORATION*
USDC-PR 220213
PO Box 8672
Bayamón, PR 00960-8036
Phone: (787) 269-3660
Fax: (787) 779-8502
E-Mail: lcdapatriciaguijarro@hotmail.com



2000 M-63, MD7560
Benton Harbor, MI 49022-2692

# INVOICE

**REMIT TO:**
Whirlpool Corporation
5301 Blue Lagoon Drive, Suite 700
MIAMI FL 33126
USA

| | |
|---|---|
| INVOICE NO | 8010333702 |
| INVOICE DATE | 02/09/2010 |
| PAGE NO | 1 of 2 |
| | |
| CUSTOMER P.O. NO | ORDEN DE COMPRA, SED |
| ORDER NO | 143543152 |
| SHIP DATE | 02/09/2010 |
| SHIP MANIFEST NO | 235887469 |
| TERMS/PLAN NO | WN60 |
| APPROVAL NO | |
| | |
| INVOICE TOTAL | 57386.00 USD |
| DUE DATE | 04/10/2010 |
| TERMS | NARSO/PUERTO RICO 60 DAY |
| DUNS NO | |

**BILL TO:** 1283389
SEDECO DISCOUNT
PO Box 4559
00984 CAROLINA
PUERTO RICO

**SHIP TO:** 779032
SEDECO DISCOUNT
PDA. 35 LADO ASS DEL MAESTRO
AVE. PONCE DE LEON 452
SAN JUAN PR 00917
USA

**SOLD TO:** 779032
PDA. 35 LADO ASS DEL MAESTRO
AVE. PONCE DE LEON 452
SAN JUAN PR 00917
USA

**CONTACT INFORMATION:**
Credit - Miami, FL
1-305-477-4276

| LINE NO. | MODEL/ PART NUMBER | DESCRIPTION | SKU NO./ UPC CODE | QUANTITY SHIPPED | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | | ORDER NO 143543152 | | | | |
| 1 | W8TXNGFWQ | 2009 WHPL 18'TFA. WHITE | | 21 | 452.00 | 9492.00 |
| 2 | ET0MSRXTL | REFRIGERATOR TOP MOUNT 10' GLA | | 21 | 314.00 | 6594.00 |
| 3 | WTW5100VQ | 27" SUPER CAPACITY WASHER | | 140 | 295.00 | 41300.00 |
| | | SUBTOTAL | | | | 57386.00 |
| | | TOTAL | | | USD | 57386.00 |

Model        Serial No.
W8TXNGFWQ    VSY3744921 VSY4554287 VSY3993258 VSY3845914 VSY3845132 VSY3744307 VSY3845393
             VSY3845671 VSY3744536 VSY3845606 VSY4554209 VSY3744308 VSY4554289 VSY3993249
             VSY4553982 VSY4553972 VSY3744146 VSY3845841 VSY3743236 VSY3744120 VSY3744043
ET0MSRXTL    VSY3658949 VSY3658919 VSY3658964 VSY3693032 VSY4487790 VSY4487841 VSY4487797
             VSY4487787 VSY4487753 VSY4487840 VSY4487751 VSY4487777 VSY4930092 VSY4487806
             VSY4487723 VSY4930141 VSY3658930 VSY4487798 VSY4487733 VSY4929742 VSY4487774
WTW5100VQ    CY4741209 CY4741240 CY4741166 CY5021882 CY5021866 CY4960177 CY4960174
             CY4960151 CY4960145 CY5060122 CY5060102 CY4960150 CY4960144 CY5060101
             CY5060121 CY2130624 CY2131566 CY2131938 CY2131934 CY2131816 CY2131944
             CY2131349 CY2131644 CY2131949 CY2330903 CY2330921 CY2131968 CY5340399
             CY5340419 CY5340363 CY5340357 CY5340361 CY5340356 CY5340400 CY5340420
             CY3244530 CY5021355 CY5061062 CY3244526 CY2131950 CY2131969 CY2330920
             CY2330902 CY2330922 CY2330904 CY2330905 CY2330923 CY2330853 CY2330871
             CY2131222 CY2130777 CY4960138 CY4960134 CY5060167 CY5060147 CY5340423



2000 M-63, MD7560
Benton Harbor, MI 49022-2692

# INVOICE

**REMIT TO:**
Whirlpool Corporation
5301 Blue Lagoon Drive, Suite 700
MIAMI FL 33126
USA

| | |
|---|---|
| INVOICE NO | 8010333702 |
| INVOICE DATE | 02/09/2010 |
| PAGE NO | 2 of 2 |
| CUSTOMER P.O. NO | ORDEN DE COMPRA, SED |
| ORDER NO | 143543152 |
| SHIP DATE | 02/09/2010 |
| SHIP MANIFEST NO | 235887469 |
| TERMS/PLAN NO | WN60 |
| APPROVAL NO | |
| INVOICE TOTAL | 57386.00 USD |
| DUE DATE | 04/10/2010 |
| TERMS | NARSO/PUERTO RICO 60 DAY |
| DUNS NO | |

**BILL TO:** 1283389
SEDECO DISCOUNT
PO Box 4559
00984 CAROLINA
PUERTO RICO

**SHIP TO:** 779032
SEDECO DISCOUNT
PDA. 35 LADO ASS DEL MAESTRO
AVE. PONCE DE LEON 452
SAN JUAN PR 00917
USA

**SOLD TO:** 779032
PDA. 35 LADO ASS DEL MAESTRO
AVE. PONCE DE LEON 452
SAN JUAN PR 00917
USA

**CONTACT INFORMATION:**
Credit - Miami, FL
1-305-477-4276

| LINE NO. | MODEL/ PART NUMBER | DESCRIPTION | SKU NO./ UPC CODE | QUANTITY SHIPPED | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| | CY5340443 CY5060148 CY5060168 CY2131365 CY2131169 CY2330889 CY2330892 CY4741226 CY4741222 CY4741005 CY4741010 CY4741218 CY4741214 CY4741231 CY4741169 CY4741015 CY4741011 CY4741227 CY4741223 CY5340456 CY5340452 CY5340455 CY5340451 CY5340421 CY5340442 CY4843712 CY4960196 CY4960141 CY4960161 CY4960162 CY4960142 CY2131965 CY2131011 CY2131962 CY5021353 CY3244527 CY3244525 CY5061063 C00220005 C00220001 CY2131519 CY2130865 CY2330893 CY2330890 CY5060123 CY5060143 CY5060124 CY5060144 C00220002 C00220006 C00220126 C00220121 CY3244312 CY5340344 CY5240437 CY5340308 CY5340343 CY5340462 CY5340457 CY4960190 CY4960186 CY4434495 CY4434475 CY5060111 CY5021863 CY5021860 CY5340484 CY5340480 CY5340438 CY5340266 CY4960192 CY4960187 CY5340477 CY5340472 CY4741207 CY4741162 CY4741159 CY4741165 CY5021883 CY5021867 CY4960176 CY4960173 CY2131961 C00220120 | | | | | |

CARRIER INFO: SWCA/GHOST WILL CALL AGENT      PRO NO:      TRAILER NO: 620

Merchandise may not be returned without prior approval