## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 09-00832 (SEK) |
| SERVICES DE DESCUENTO EN COMPRA, INC. | CHAPTER 11 |
| DEBTOR | |

### MOTION REQUESTING ORDER TO SHOW CAUSE

**TO THE HONORABLE COURT:**

**COME NOW**, PJAY Investment Corp., creditor and landlord, through the undersigned attorney who very respectfully alleges, states and prays as follows:

1- On August 12, 2010 this Honorable Court entered an order which required debtors to pay the sum of $28,000.00 due as administrative expenses. See docket 489.

2- Time has come and gone and debtor has not comply with this courts order even though other administrative and professional expenses have been paid.

3- The appearing party respectfully request from this Honorable Court to enter an order to show cause against debtor as to why it has not complied with the above-stated order. Otherwise, convert this case into Chapter 7.

**WHEREFORE**, the appearing creditor respectfully requests that this Honorable Court grant this motion and/or any other relief that it might deem proper.

**IT IS HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsels of record.

**RESPECTFULLY SUBMITTED.**

1

In Carolina, Puerto Rico, March 13, 2012.

**GARAY MASSEY LAW OFFICE**
PMB 347
#5900 Isla Verde Ave. L-2
Carolina, Puerto Rico 00979-4901
Telephone: (787) 791-1818
Fax: (787) 791-4260

*s/ Juan Carlos Garay*
**JUAN CARLOS GARAY MASSEY**
USDCPR 212504
juans@prtc.net
