IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SERVICIOS DE DESCUENTO EN COMPRA INC

XXX-XX8001

Debtor(s)

CASE NO. 09-00832 ESL

Chapter 11

**FILED & ENTERED ON 03/15/2012**

ORDER

The motion filed by PJAY Investment Corp. requesting order to show cause why the administrative payment has not been paid (docket #650) is hereby granted. Debtor and/or Plan Administrator shall reply within twenty-one (21) days.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 15th day of March, 2012.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR
FERNANDO LONGO QUINONES
WIGBERTO LUGO MENDER
PJAY INVESTMENT CORP.
JUAN CARLOS GARAY MASSEY
UST