## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**SERVICIOS DE DESCUENTO EN COMPRA INC aka SEDECO, dba THE OUTLET**<br><br>**66–0388001**<br><br>Debtor(s) | Case No. **09–00832 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 3/14/16 |

*ORDER*

The motion filed by PJAY Investment Corp. requesting order to show cause (docket #731) is hereby denied without prejudice for failure to comply with PR LBR 9013–1(c)(1).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 14, 2016 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge